No. 91–5603.  RASHTY *v.* MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 91–5607.  WELLS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 91–5611.  VOLTZ *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5615.  McLAUGHLIN *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 91–5617.  RIDINGS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5626.  FINGADO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–5631.  WHITE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–5632.  YORK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–5649.  SWABY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–5651.  CROW *v.* UPJOHN CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–5657.  GUTIERREZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5660.  NASIM *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5662.  NORMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5663.  HENRIQUEZ ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5667.  RICHARD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5669.  BARRETT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.